# FLORENTINA SANTIAGO Y MUÑIZ ET AL.
### *v.*
## MIGUEL AMANGUAL.

San Juan, Law, No. 1024.

ON DEMURRER TO THE COMPLAINT.

Federal Practice—Demurrer.
    Under Revised Statutes, § 954, in cases of demurrer, the party must specially set down the cause thereof, and unless the ground is so specially set out, it will be disregarded.

Opinion filed October 13, 1914.

---

*Mr. H. G. Molina,* for plaintiffs.

*Messrs. Savage & Francis,* for defendant.

HAMILTON, Judge, delivered the following opinion:

In looking at the question when a general demurrer can be passed upon, we must take into consideration § 954 of the Revised Statutes of the United States, Comp. Stat. 1913, § 1591. The opinion of the court expressed several times as to general demurrers, and which I may repeat briefly now, is that the conformity section of the Revised Statutes, § 914, Comp. Stat. 1913, § 1537, requires the Federal court, as far as may be, to follow the local practice, but where there is a Federal statute which covers the subject, the Federal statute is superior. 2 Foster, Fed. Pr. 5th ed. ¶ 455. And that is the construction which this court has put upon § 954. It is looking to other matters, but it incidentally refers, "in cases of demurrer (to what) the party demurring specially sets down, together with his demurrer, as the cause thereof." This seems to show that the policy of the Federal practice is that, wherever there is a demurrer, the ground must be specially set out, and that is the basis of the opinions I have rendered several times. And unless counsel can show me that I am wrong in this construction of § 954, it would not make much difference what the local regulation is. I will be glad to look at the citations, but with a very strong prepossession. If this is such a general demurrer, I should have to overrule it. As to how counsel could later bring up the point would be a matter for him to determine. It might be possible to raise it in the answer, I do not know. But the point right now is that counsel has filed what may be a general demurrer, and it is a question whether I can under the

previous rulings of the court go into the matter; but I will be glad to have further citations on it. The case then is submitted.

N. B.—The demurrer was overruled.